# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

142410

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                      SC: 142410
                                      COA: 293538
                                      Macomb CC: 2008-001740-FH

JOHN COTTER LAMPING,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 16, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

_____
Clerk

t0418